**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03289-REB-MJW

DAVID YORK,

     Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
MANPOWER, INC.,
THE MANPOWER, INC. SHORT-TERM DISABILITY PLAN, and
THE LONG TERM DISABILITY COVERAGE FOR ALL FULL-TIME EMPLOYEES OTHER THAN PROFESSIONAL CONSULTANTS AND WAGEMASTERS PLAN,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Joint Stipulation For Dismissal** [#56][1] filed August 8, 2014. After reviewing the stipulation and the record, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation For Dismissal** [#56] filed August 8, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set November 13, 2014, are **VACATED**;

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That the jury trial set to commence December 1, 2014, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 8, 2014, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge